IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO.: 2:18-cr-100 |
| vs. | : JUDGE SARGUS |
| WILLIAM R. BARNECUT | : 18 U.S.C. § 922(b)(5) |
| | : 18 U.S.C. § 923 |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On August 4, 2014, in the Southern District of Ohio, the defendants, **WILLIAM R. BARNECUT**, did willfully sell and deliver to another a firearm or firearms, specifically, an I.M. Metal, HS Products, (Springfield), XDS, 9mm pistol, serial S3986848; a Walther, PPS, 9mm pistol, serial AL3835; a Phoenix Arms, HP22. .22 caliber, serial 445846; a Taurus, 85, .38 caliber, serial 1088608; a Sig Sauer, P938, 9mm pistol and a Taurus, PT738, .380 caliber, serial 72634E. here an FNH, model PS90, 5.7x28 caliber rifle bearing serial number FN092343, without noting in the records of **WILLIAM R. BARNECUT**, a licensed firearm dealer, the true

name of said purchaser or purchasers of the firearm or firearms as required to be kept by law pursuant to 18 United States Code § 923.

In violation of 18 U.S.C. §§ 922(b)(5) and 2.

BENJAMIN C. GLASSMAN
United States Attorney

*Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney