FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAY 17 PM 4:08

US DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:18-CR-100 |
| | JUDGE SARGUS |
| v. | |
| WILLIAM R. BARNECUT | |

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES

Count 1
18 U.S.C. §§922(b)(5)

1. ELEMENTS:

First: Defendant was licensed to deal, import, manufacture or collect firearms;

Second: Defendant willfully sold or delivered a firearm to another person;

Third: Defendant did not record the name, age or place of residence of that individual in the records required to be kept by law pursuant to 18 U.S.C. § 923; and

Fourth: These acts occurred within the Eastern Division of the Southern District of Ohio on or about the date alleged in the Information.

## 2. PENALTIES:

A. Mandatory Minimum: None.

B. Possible Maximum: Five (5) years in prison; a fine not to exceed $250,000; a term of supervised release not to exceed three (3) years; and $100 special assessment.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Timothy D. Prichard
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Tim.Prichard@usdoj.gov